No. 71–6693. REED ET AL. *v.* CITY OF NEW ORLEANS. Sup. Ct. La. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for reconsideration in light of *Argersinger* v. *Hamlin,* 407 U. S. 25 (1972). MR. JUSTICE DOUGLAS would grant certiorari and reverse the judgment.

No. 72–5484. GEORGE *v.* LOUISIANA. Sup. Ct. La. Motion for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated insofar as it leaves undisturbed the death penalty imposed, and case remanded for further proceedings. See *Stewart* v. *Massachusetts,* 408 U. S. 845 (1972). ▮

No. A–920 (72–1004). BETHLEHEM STEEL CORP. *v.* WILLIAMSON ET AL. Application to vacate stay heretofore granted by the United States Court of Appeals for the Second Circuit presented to MR. JUSTICE MARSHALL, and by him referred to the Court, granted. ▮